# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL  'O'

| | | | |
|---|---|---|---|
| Case No. | 5:18-cv-00778-CAS (KKx) | Date | May 4, 2018 |
| Title | UNCANNY VALLEY PRODUCTIONS, LLC V. BRIAN INGALLS | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) – PLAINTIFF'S RENEWED *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER (Dkt. 12, filed May 3, 2018)

The Court is in receipt of plaintiff's renewed application for a temporary restraining order ("TRO"), filed May 3, 2018. Dkt. 12. Plaintiff requests that the Court grant its application without notice to defendant pursuant to Fed. R. Civ. P. 65(1) because there is reason to believe that defendant "will sell or otherwise dispose of the sculptures upon learning of this lawsuit and/or the instant application for a TRO." Id. at 2.

Having reviewed plaintiff's renewed application and supporting declaration, the Court finds that the circumstances presented in this case do not justify the issuance of a TRO on an *ex parte* basis. See Reno Air Racing Ass'n, Inc. v. McCord, 452 F.3d 1126, 1131–34 (9th Cir. 2006). Accordingly, plaintiff is directed to comply with the Court's previous order dated May 3, 2018 and effectuate service of process before renewing its application for a TRO.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |